UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

SHIRLEY MUMFORD, )
)
        Plaintiff, )
)
vs. ) No. 1:13-cv-01483-TAB-RLY
)
CAROLYN W. COLVIN, )
)
        Defendant. )

## JUDGMENT

The Court having this day made its Entry directing the entry of final judgment, the Court now enters FINAL JUDGMENT.

Judgment is entered in favor of Defendant and against Plaintiff. Plaintiff shall take nothing by her complaint and this action is terminated.

Date: 3/25/2015

_____
Tim A. Baker
U.S. Magistrate Judge
Southern District of Indiana

Laura Briggs, Clerk of Court

By: _____
Deputy Clerk

Distribution:

Shirley Mumford
8905 Evergreen Ave., Apt. 462
Indianapolis, IN 46240

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov